UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMISHA BROWN | CIVIL ACTION |
| VERSUS | |
| FARMERS INSURANCE EXCHANGE | 23-1235-SDD-RLB |

### JUDGMENT

For the written reasons assigned:

Judgment is hereby entered in favor of Defendant, Farmers Insurance Exchange and against Plaintiff, Tamisha Brown. This matter is dismissed with prejudice.

**IT IS SO ORDERED**.

Baton Rouge, Louisiana, this 10th day of April, 2024.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**